

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRADESCAPE ONLINE, L.L.C.,

        Plaintiff, 

v.

DAVID L. PRINCE, DANIEL A.
SHERWOOD and TRADESCAPE
MIAMI LLC,

        Defendants.
_____/

CASE NO. 00-01369
CIV-SEITZ

MAGISTRATE JUDGE
GARBER

## COMPLAINT FOR DISSOLUTION, DAMAGES AND ACCOUNTING

Plaintiff, TRADESCAPE ONLINE, L.L.C. ("Tradescape"), for its complaint against Defendants, states:

### PARTIES

1. Plaintiff Tradescape is a New York Limited Liability Company with its principal place of business in New York, New York, and as such is a citizen of the state of New York.

2. Tradescape is the successor in interest of C.S. Block Trading L.L.C. ("CSBT"), a member in a limited liability company named Grove Financial Group of Coconut Grove, LLC.

3. Tradescape Miami LLC is the successor in interest to Grove Financial Group of Coconut Grove, LLC.



4. Pursuant to Articles of Amendment to the Articles of Organization of Grove Financial Group of Coconut Grove, LLC, filed with the Florida Division of Corporations on December 15, 1998, Plaintiff Tradescape, as succesor in interest to CSBT, is a member/manager of Tradescape Miami LLC. **Exhibit A.**

5. Tradescape is the owner of 50 shares in Tradescape Miami LLC, which is a Florida limited liability company.

6  Defendant David L. Prince is a citizen and resident of Florida, the owner of 25 shares in and a member of Tradescape Miami LLC.

7  Defendant Daniel A. Sherwood is a citizen and resident of Florida, the owner of 25 shares in and a member of Tradescape Miami LLC.

8. Tradescape and Defendants are citizens of different states, New York and Florida, respectively.

## JURISDICTION AND VENUE

9. The Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332 in that it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10  Venue is proper pursuant to 28 U.S.C. § 1391, because, inter alia, Defendants reside in this District.

## COUNT I

### Dissolution Pursuant to Florida Statutes § 608.441(3)

Plaintiff incorporates in Count I by reference the allegations in paragraphs 1 through 10.

11. It is not reasonably practicable to carry on the business of Tradescape Miami LLC in conformity with the articles of organization.

12. Dissolution of Defendant Tradescape Miami LLC pursuant to Florida Statutes §608.441 is appropriate and required by, <u>inter alia</u>, the following circumstances:

   A. General discord and animosity among its members;

   B. Its business is not and can not be profitable and continued operations will result in greater financial loss;

   C. Disagreement among its members over the scope of its activities and business, which can not be resolved;

   D. Disagreement among its members rendering necessary unanimous approval of its activities impossible;

   E. Inability to reconcile its financial affairs, agreements and transactions;

   F. Current regulatory environment in the industry adversely affecting its ability to continue operations;

   G. Change in circumstances not contemplated at the time of its organization adversely affecting its ability to continue operations;

   H. Inability to obtain necessary licenses and permits adversely effecting its ability to continue operations;

   I. Termination of the agreement between it and its broker/dealer;

J.  Wrongful activities by Defendant members Prince and Sherwood in breach of their duties of loyalty and due care including, inter alia:

1) Self-dealing;
2) Conversion of assets;
3) Improper distribution of revenues;
4) Transfers of assets to family members;
5) Use of assets to do business with a competing entity;
6) Making unauthorized filings and/or contacts with the Florida Division of Banking and Finance;
7) Scheduling and/or conducting member meetings without notice to or the presence of Tradescape;
8) Attempting to transfer and/or transferring a portion of the membership interest of Tradescape Miami LLC to Boris Glasser without the knowledge or consent of Tradescape;
9) Failure to obtain necessary licenses and/or regulatory approval for their activities;
10) Failure to pay their required share of overhead and initial expenses;
11) Failure to conduct sufficient volume of business and/or generate sufficient revenue.

## COUNT II

**Breach of Duties of Loyalty and Due Care By Prince and Sherwood**

Plaintiff incorporates in Count II by reference the allegations in paragraphs 1 through 12.

13  Defendants Prince and Sherwood owe a duty of loyalty and a duty of due care to Tradescape.

14  Defendants Prince and Sherwood have each breached their duty of loyalty and duty of due care to Tradescape by, inter alia, the conduct set forth in paragraphs 12(J)(1)-(11).

15. As a proximate result of the breaches by Prince and Sherwood of their duties

of loyalty and due care, Plaintiff Tradescape has sustained damages in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs.

## COUNT III

### Accounting Pursuant to Florida Statutes § 608.4101

Plaintiff incorporates in Count III by reference the allegations in paragraphs 1 through 12.

16. Defendants Prince and Sherwood have had sole access to and control of the financial affairs and records of Tradescape Miami LLC.

17. Despite demands by Plaintiff Tradescape for access to records of the financial affairs of Tradescape Miami LLC, Defendants Prince and Sherwood have refused to provide Tradescape with information concerning Tradescape Miami, LLC's business or affairs required for Tradescape's proper exercise of its rights and performance of its duties as a member/manager.

## RELIEF REQUESTED

Tradescape asks: (i) on the first count, that it have judgment entered in its favor and this Court Order the dissolution of Tradescape Miami, LLC, pursuant to Florida Statutes § 608.441 (3); (ii) on the second count, that it have judgment entered in its favor and against Defendants Prince and Sherwood and that damages in the appropriate amount be awarded; (iii) on the third count, that it have judgment entered in its favor and that Defendants Prince and Sherwood be Ordered to provide all information and access to records required by Florida Statutes § 608.4101(2), (3) and (4) to Tradescape ; (iv) that Tradescape recover from Defendants Prince and Sherwood its costs of suit and attorney's fees pursuant to, inter alia, Florida Statutes § 57.105; and (v) for such other relief as this Court deems appropriate under the facts and circumstances of this case.

Dated: April 18, 2000

> PROSKAUER ROSE LLP
> Attorneys for Tradescape Online, L.L.C.
> 2255 Glades Road, Suite 340 West
> Boca Raton, Florida 33431
> (561) 241-7400
> (561) 241-7145 (facsimile)
>
> By: *[signature]*
> JAY S. BLUMENKOPF
> Fla. Bar No. 0835870
> JONATHAN M. FORDIN
> Fla. Bar No. 0371637

ARTICLES OF AMENDMENT TO THE
ARTICLES OF ORGANIZATION OF
GROVE FINANCIAL GROUP OF COCONUT GROVE, L.L.C.

Pursuant to the provisions of §608.411 of the Florida Business Corporation Act (the "Act"), Grove Financial Group of Coconut Grove, L.L.C. (the "LLC"), a limited liability company, adopts this Amendment to the Articles of Organization set forth below:

1. The name of the LLC is Grove Financial Group of Coconut Grove, L.L.C.

2. Articles of Organization of LLC were filed with the Florida Secretary of State on July 21, 1998.

3. The principal address of the LLC is:

    c/o Feinsod & Associates, P.A.
    One West Flamingo Drive, Suite 304
    Pembroke Pines, FL  33027

4. The following amendments to the LLC's Articles of Organization was adopted by the unanimous consent of the managers of the LLC on the ____ day of Cotober, 1998 in accordance with and in a manner prescribed by the Act.

Article I is hereby amended in its entirety to read:

   The name of the Limited Liability Company is Tradescape Miami LLC.

1


ATTACHMENT / EXHIBIT A

Article IV is hereby amended in its entirety to read:

The LLC is to be managed by managers and the names and addresses of such managers who are to serve as managers until the first annual meeting of members or until their successors are elected and qualified as provided for in the LLC's Regulations are:

Daniel A. Sherwood
One West Flamingo Drive, Suite 304
Pembroke Pines, FL 33027

David L. Prince
2551 Jardin Manor
Weston, FL 33327

C.B. Block Trading LLC
One West Flamingo Drive, Suite 304
Pembroke Pines, FL 33027

IN WITNESS WHEREOF, the undersigned managers of this LLC have executed the foregoing Amendment to the LLC's Articles of Organization this ___ day of October, 1998.

_____
Daniel A. Sherwood

_____
David L. Prince

C.B. BLOCK TRADING LLC

BY: _____

F:\DATA\WPDOCS\MAIN\TRADESCA\LLC.ART.AMJ

2

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-01369
CIV-SEITZ
MAGISTRATE JUDGE
GARBER

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
TRADESCAPE ONLINE, L.L.C.

**DEFENDANTS**
DAVID L. PRINCE, DANIEL A. SHERWOOD and TRADESCAPE MIAMI LLC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: New York County, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Dade County, Fl
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Dade 1:00CV1369 Seitz/Garber

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PROSKAUER ROSE LLP, 2255 Glades Road, Suite 340 West, Boca Raton, Fl 33431; (561) 241-7400

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☒ | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☒5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | A PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | A LABOR | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | | B SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | HABEAS CORPUS: | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty / ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights / ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Dissolution pursuant to F.S. Sect. 608.441(3); Accounting pursuant to F.S. Sect. 608.4101(2), (3) and (4); Attorneys Fees pursuant to F.S. 57.105

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Exceeds $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 4/18/00
SIGNATURE OF ATTORNEY OF RECORD: Jonathan M. Hordin

FOR OFFICE USE ONLY

11/8/02